**Order entered July 15, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00987-CV**

**IN THE INTEREST OF J.Y.O., A CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-53096-2017**

### ORDER

Before the Court is appellee's third motion for extension of time to file his brief. Appellee seeks a sixteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than July 30, 2021. Because the brief was first due May 13, 2021, we caution appellee that further extension requests will not be granted absent exigent circumstances and failure to file the brief by July 30th may result in the appeal being submitted on appellant's brief alone.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE